RAYMOND DOSCHER, an Infant, etc., v. SUPERIOR FIRE PROOF DOOR AND SASH COMPANY, Impleaded, etc. HERMAN DOSCHER v. SUPERIOR FIRE PROOF DOOR AND SASH COMPANY, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

GUISEPPE WEBBER v. AMERICAN UNION BANK (Formerly Known as JOHN NEMETH STATE BANK).— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

JOHN F. MacENULTY v. CARNEGIE STEEL COMPANY.— Motion for leave to appeal to the Court of Appeals granted; motion for reargument denied. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

LOUIS A. VARELLA v. FREEMAN ESTATE, INC., and Another.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

EDWIN V. MacDONALD and Another v. DAVID BRENNER.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of P. J. BRENNAN and Another v. CHARLES W. BERRY, as Comptroller of the City of New York, etc.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

BEST BUILDING COMPANY, INC., v. EMPLOYERS LIABILITY ASSURANCE CORPORATION, LTD., and Another.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. EUGENE SANTINI.— Motion granted. Order signed. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

UNITED STATES OF AMERICA v. PETER DeNULLY BROWN, SR.— Motion granted. Settle order, containing questions to be certified, on notice. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

CHARLES S. CASH, INC., v. ISAAC STEINBOOK and Another.— Motion granted. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

HARTLEY OPEN STAIR TENEMENT CO. v. 521 AND 523 WEST 47TH STREET COMPANY, INC., and Others.— Motion granted upon appellants serving and filing a new surety company bond in the sum of $7,500, satisfactory to the attorney for respondent, to cover the injunction. Appellants' time to file and serve printed papers on appeal extended to and including July 25, 1927. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

JAMES JOYCE v. SAMUEL ROTH and Another.— Motion granted. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

MANSHVELL REALTY CORPORATION v. MORRIS GOSSETT.— Motion denied and stay vacated. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Situated on the Westerly Side of Eastern Boulevard, South of Baisley Street, Adjoining the Premises of Public School No. 14, Borough of The Bronx, City of New York, Duly Selected as a Site for School Purposes.— Reference ordered for determination of the issue. Settle order on notice. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.